# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

DASSAULT SYSTÈMES
SOLIDWORKS CORPORATION,

*Plaintiff,*

- v.-

BAY FOAM PACKAGING &
INSULATION, INC.,
BAY FOAM PACKAGING &
INSULATION, LLC,
CUSTOM TRAY, LLC,
DAVID BENNET,
UGOCHUKWU NJOKU,

*Defendants.*

Civil Action No.:  8:23-CV-01462

## [PROPOSED] CONSENT JUDGMENT REGARDING DEFENDANTS CUSTOM TRAY, LLC and DAVID BENNET

This Court, having considered the request of the Parties to enter the

following relief, and such relief appearing reasonable under the circumstances,

The Court finds as follows:

On June 29, 2023, Plaintiff filed Case No. 8:23-CV-01462-WFJ-CPT in the

United States District Court for the Middle District of Florida. Plaintiff dismissed

Defendant Bay Foam Packaging & Insulation, Inc. without prejudice on August

1

31, 2023. Plaintiff Dassault Systèmes SolidWorks Corporation ("Plaintiff") and

Defendants Custom Tray, LLC and David Bennet (collectively, the "Bennet

Defendants") have now stipulated to the entry of the following Consent Judgment.

Plaintiff and the Bennet Defendants agree and the Court finds as follows:

A.      Plaintiff brought this action against the Bennet Defendants by filing a

complaint asserting Plaintiff's registered U.S. copyrights;

B.      The Court has subject matter jurisdiction over this action with respect to the

Bennet Defendants;

C.      The Court has personal jurisdiction over each of the Bennet Defendants;

D.      Plaintiff and the Bennet Defendants have reached agreement to resolve this

matter and request that the Court enter a judgment for the following relief;

Therefore, JUDGMENT IS HEREBY ENTERED in favor of Plaintiff

DASSAULT SYSTÈMES SOLIDWORKS CORPORATION.

Pursuant to Fed. R. Civ. P. 65, IT IS HEREBY ORDERED that the Bennet

Defendants, and their respective employees, agents, officers, directors,

shareholders, subsidiaries, parent companies, related companies, all persons under

the direction of the Bennet Defendants, and other persons in active concert or

participation with any of them and who receive actual notice of this Order

(together, the "Enjoined Parties"), are hereby permanently prohibited from using

any copies of the SOLIDWORKS software package without being the lawful owner of appropriate licenses permitting such use.

IT IS FURTHER HEREBY ORDERED that the Bennet Defendants, jointly and severally, pay Plaintiff sixty five thousand dollars ($65,000 USD) by December 31, 2023.

IT IS HEREBY FURTHER ORDERED each Party subject to this Consent Judgment shall bear its own costs and attorneys' fees.

IT IS HEREBY FURTHER ORDERED that the Court specifically retains jurisdiction of this matter for purposes of enforcing the terms of this Consent Judgment. This is a final order and judgment with respect to the Bennet Defendants, but it does not affect and is not applicable to any other defendants in this case.

SO ORDERED on this _____ day of _____, 2023.

_____
Hon. William F. Jung
United States District Court

**STIPULATED:**

**For Defendants Custom Tray, LLC and David Bennet:**

Date: December ___7___, 2023

/s/ Matthew S. Nelles
Matthew S. Nelles
Florida Bar No. 009245
Nelles Law Group
101 Northeast Third Avenue
Suite 1500
Ft. Lauderdale, FL  33301
mnelles@nelleslawfl.com

**For Plaintiff Dassault Systèmes SolidWorks Corporation:**

Date: December ___7___, 2023

Glenn E. Forbis (Michigan Bar No.
P52119), *pro hac vice*
Jeremiah J. Foley (Michigan Bar No.
P85516), *pro hac vice*
Harness, Dickey & Pierce PLC
5445 Corporate Drive, Suite 200
Troy, Michigan 48098
(248) 641-1600 (telephone)
(248) 641-0270 (facsimile)
gforbis@harnessip.com
jfoley@harnessip.com

Erik Johanson, Esq.
Florida Bar No. 106417
Erik Johanson PLLC
3414 W. Bay to Bay Blvd Suite 300
Tampa, FL 33629
Tel: (813) 210-9442
erik@johanson.law
ecf@johanson.law

4

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2023, I electronically filed the foregoing

paper with the Clerk of the Court using the ECF system, which will be served by

operation of the Court's electronic filing system upon all counsel of record and

ECF participants.

Matthew S. Nelles
NELLES LAW GROUP
101 NE 3rd Ave., Suite 1500
Fort Lauderdale, Florida 33301
(954) 246-4800
mnelles@nelleslaw.com
*Counsel for Defendants*
*David Bennet and Custom Tray, LLC*

Jose Javier Teurbe-Tolon
XANDER LAW GROUP, P.A.
One N.E. 2nd Avenue, Suite 200
Miami, Florida 33132
(305) 767-2001
jose@xanderlaw.com
service@xanderlaw.com
*Counsel for Defendants*
*Ugochukwu Njoku and Bay Foam LLC*

/s/Glenn Forbis
HARNESS, DICKEY & PIERCE PLC
Glenn E. Forbis *(Pro Hac Vice)*
gforbis@harnessip.com
5445 Corporate Drive, Suite 200
Troy, MI  48098
248-641-1600
*Counsel for Plaintiff*